**RICARDO M. GONZALEZ**
Attorney at Law
California State Bar No. 98993
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 238-9910
Fax: (619) 238-9914

Attorney for Defendant
Samuel Meraz-Valenzuela

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable John A. Houston)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> SAMUEL MERAZ-VALENZUELA(10) ) <br> Defendant. ) | Case No. 05cr0527-JAH <br><br> **APPLICATION FOR ORDER SHORTENING TIME AND ORDER THEREON** |

The defendant SAMUEL MERAZ-VALENZUELA, by and through his attorney, Ricardo Ml. Gonzalez, hereby requests that the time for filing and serving Defendant's Motion to Join in Co-Defendant's Motions be shortened to August 29, 2006.

DATED: August 29, 2006

By: _____
RICARDO M. GONZALEZ, Attorney for
Samuel Meraz-Valenzuela

**ORDER**

IT IS HEREBY ORDERED that the time for filing and serving Defendant's Motion to Join in Co-Defendant's Motions be shortened to August 29, 2006.

DATED: 8-31-06

_____
JUDGE, UNITED STATES DISTRICT COURT

3                                                    05cr0527